## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), to become a party plaintiff in an FLSA lawsuit to recover my unpaid wages. By my signature below, I authorize the filing and prosecution of this FLSA action on my behalf against Erika Padron and any other individual or entity who may be an employer under the FLSA.

DATE: 9/18/18

_____
Ismael Rodriquez