UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ISMAEL URQUILLA RODRIGUEZ, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:19-cv-00092 ) |
| ERICKA PADRON GUTIERREZ d/b/a QUICK CLEAN PADRON 1, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff and Defendants Herman & Kittle Properties, Inc., Alex T. Alexiou, and ATA Painting & Construction Services LLC have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 30).

Plaintiff has also filed a Notice of Voluntary Dismissal without Prejudice (Doc. No. 31), regarding Ericka Padron Gutierrez d/b/a Quick Clean Padron 1 and Am Pro Installers, LLC. All claims are dismissed accordingly, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE